IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEBORAH J. GOBLE                                            PLAINTIFF

v.                      CIVIL NO. 04-2120

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                DEFENDANT

## **O R D E R**

On October 17, 2005, plaintiff filed a petition for attorney's fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA), requesting compensation for 22.00 hours of work before the court at an hourly rate of $150.44. (Doc. # 17). Attorney's fees may not be awarded in excess of $125.00 per hour - the maximum statutory rate under § 2412(d)(2)(A) - unless the court finds that an increase in the cost of living or a special factor such as the limited availability of qualified attorneys justifies a higher fee. 28 U.S.C. § 2412(d)(2)(A). The hourly rate may be increased when there is uncontested proof of an increase in the cost of living sufficient to justify hourly attorney's fees, such as a copy of the Consumer Price Index (CPI). Plaintiff's counsel submitted a CPI but did not address the need for an increase in the allowed hourly rate due to a cost of living increase in his supporting brief, a statutory requirement. Plaintiff's counsel has until April 18, 2006, to amend his petition to include the proper language addressing the cost of living increase. Defendant will have ten days to respond to plaintiff's amended motion. In the future, along with the submission of the CPI, plaintiff's counsel is

reminded that he is statutorily required to specifically discuss why he should be granted an increase in the established hourly rate.

IT IS SO ORDERED this 4th day of April 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)